**Entered on Docket**
**May 16, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor THE BANK OF NEW YORK MELLON TRUST
                COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF
                THE PROTIUM MASTER GRANTOR TRUST

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. Bk-S-10-27664-mkn |
| | Chapter 7 |
| KENNETH WAYNE GARRETT AND | |
| DOREANA MACHELL GARRETT, | THE BANK OF NEW YORK MELLON |
| | TRUST COMPANY, NATIONAL |
| Debtor(s). | ASSOCIATION AS GRANTOR TRUSTEE |
| | OF THE PROTIUM MASTER GRANTOR |
| | TRUST'S ORDER TERMINATING |
| | AUTOMATIC STAY |
| | Date:   May 11, 2011 |
| | Time:   1:30 PM |

/././

/././

1    A hearing on Secured Creditor The Bank of New York Mellon Trust Company,

2  National Association as grantor trustee of the Protium Master Grantor Trust's Motion for Relief

3  From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court

4  before the Honorable Mike K. Nakagawa, Matthew M. McArthur appearing on behalf of Secured

5  Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 511 First

12  Light Street, Henderson, Nevada 89052 ("Real Property"), which is legally described as:

13    LOT FORTY-FIVE (45) IN BLOCK THREE (3)
       OF GREEN VALLEY HEIGHTS UNIT 3 AS
14    SHOWN BY MAP THEROF ON FILE IN BOOK
       76 OF PLATS, PAGE 36, IN THE OFFICE OF
15    THE  COUNTY  RECORDER  OF  CLARK
       COUNTY, NEVADA.
16

17    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

18  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

19  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

20  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

21  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

22  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

23  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

24  provide 7 days' notice to the Debtor(s).

25  /././

26  /././

27  /././

28  /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____        _____
TAYLOR L. RANDOLPH              YVETTE WEINSTEIN
DEBTOR(S) ATTORNEY              TRUSTEE

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

/./

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

and any unrepresented parties who appeared at the hearing, and each has approved or

disapproved the order, or failed to respond, as indicated below [list each party and whether the

party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☐    Failed to respond.

☒    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of

the order.

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11649
Attorney for THE BANK OF
NEW YORK MELLON
TRUST COMPANY,
NATIONAL ASSOCIATION
AS GRANTOR TRUSTEE OF
THE PROTIUM MASTER
GRANTOR TRUST